UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:18-mj-34
                                              HON. TIMOTHY P. GREELEY

MICHAEL SHANNON COWART,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on September 2, 2018, without counsel, for a first appearance on the Class B Misdemeanor Information filed September 2, 2018.

Pre-trial services recommended, and the government concurred, that defendant should remain detained. The government also requested that defendant have no contact with the victim, J.R.C.

Defendant shall be detained pending further proceedings and shall not have contact of any kind, directly or indirectly, with the victim in this case, J.R.C.

Hearing on detention will be held **Tuesday, September 4, 2018 at 1:30 p.m.**

IT IS SO ORDERED.

                                                                   */s/ Timothy P. Greeley*
                                                                   TIMOTHY P. GREELEY
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2018