UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:18-mj-34
                                            HON. TIMOTHY P. GREELEY

MICHAEL SHANNON COWART,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 14, 2019, for an appearance on the Petition for Warrant for Offender Under supervision (ECF 29). He was advised of his rights, the charges and penalties.

For reasons stated on the record, defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated: February 19, 2019